UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

S. SHARPE SULAYMU-BEY and ALESHIA M. SULAYMU-BEY,

                              Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF SERVICE**

No. 17-CV-3563 (AMD) (SJB)

      I, RACHEL MARCOCCIA, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that on January 10, 2020, I caused to be served (1) Defendants' Notice of Motion To Enforce The Settlement Agreement dated January 10, 2020, (2) Memorandum of Law in Support of Defendants' Motion To Enforce The Settlement Agreement And In Opposition To Plaintiffs' Motion To Rescind The Settlement Agreement dated January 10, 2020, and (3) the Declaration of Rachel Marcoccia executed on January 10, 2020 and accompanying Exhibit 1 upon Plaintiffs S. Sharpe Sulaymu-Bey and Aleshia M. Sulaymu-Bey via email to s.sulaymu-bey@protonmail.com and upon Mustapha Ndanusa via email to mndanusa@dnislaw.com

Executed on January 10, 2020

                                            /s/ Rachel Marcoccia
                                              Rachel Marcoccia